



FILED

2013 JAN 31 P 1:40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Duncan M. McNeill
   1514 Van Dyke Avenue
2  San Francisco, CA 94124
   Tel.: (650) 994-2295
3  Fax: (650) 994-2297
   dmcneill1@netzero.com
4  Fed. Bar No. 136416

5  Attorneys for the Plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10



PJH

11                                    C 13      0447

12  FUZZYSHARP TECHNOLOGIES          Civil Action No.
    INCORPORATED,
13                                    **COMPLAINT FOR PATENT
                  Plaintiff,          INFRINGEMENT AND DEMAND
14                                    FOR JURY TRIAL**

                      vs.
15

16  SONY COMPUTER ENTERTAINMENT
    AMERICA INC.,
17
                  Defendant.
18

19       NOW COMES Plaintiff, FUZZYSHARP TECHNOLOGIES INCORPORATED

20  ("FST"), through its attorneys, and files this Complaint for Patent Infringement and Demand for

21  Jury Trial against Sony Computer Entertainment America Inc. ("Sony").   In support thereof,

22  Plaintiff FST states as follows:

23

24

25

26

27

28

1        **JURISDICTION AND VENUE**

2    1.   This is an action for patent infringement of United States Patent No. 6,172,679

3         (hereinafter "the '679 Patent"), and United States Patent No.  6,618,047

4         (hereinafter "the '047 Patent")  pursuant to the laws of the United States of

5         America as set forth in Title 35 Sections 271 and 281 of the United States Code.

6    2.   This court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

7         Sec. 1338(a) and 28 U.S.C. Sec. 1331.

8    3.   Venue is proper in this judicial district under 28 U.S.C. § 1391(d) and 1400 (b)

9         because Defendant Sony has committed acts of infringement in this Federal

10        District.

11   4.   Plaintiff  FST, is a corporation organized under the laws of the State of Texas.

12   5.   On information and belief, Defendant Sony is a Delaware Corporation, and has a

13        corporate office at 16530 Via Esprillo, San Diego, CA 92127.

14       **INTRADISTRICT ASSIGNMENT**

15   6.   This is an action for Patent Infringement, which is an excepted category under

16        Civil L.R. 3-2(c).  Pursuant to Civil L.R. 3-2(c), this action is assigned on a

17        district-wide basis.

18     **CAUSES OF ACTION FOR PATENT INFRINGEMENT**

19   7.   On January 9, 2001, the '679 Patent entitled "VISIBILITY CALCULATIONS

20        FOR 3D COMPUTER GRAPHICS", was duly and legally issued to Hong Lip

21        Lim, as the sole patentee.

22   8.   The '679 Patent is assigned entirely to Plaintiff FST

23   9.   Plaintiff  FST is the sole owner of the '679 Patent, and has standing to bring this

24        action.

25   10.  On September 9, 2003, the '047 Patent entitled "VISIBILITY CALCULATIONS

26        FOR 3D COMPUTER GRAPHICS", was duly and legally issued to Hong Lip

27        Lim, as the sole patentee.

28

11. The '047 Patent is assigned entirely to FST.

## COUNT ONE

12. Plaintiff FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 11 above.

13. Defendant Sony is engaged in wilful direct, and/or indirectly infringement of at least one claim of the '679 Patent pursuant to 35 U.S.C. § 271(a) at least by selling, and offering to sell Graphic Processors Units capable of performing occlusion culling during the computer graphics rendering process.

14. Plaintiff previously sued Sony on November 16, 2009, thereby providing good notice of patent infringement to Sony and Sony has willfully continued its patent infringement.

## COUNT TWO

15. Plaintiff, FST, repeats and incorporates herein the allegations contained in paragraphs 1 through 11 above.

16. Defendant Intel is engaged in direct, and/or indirect infringement of at least claim 1 of the '0479 Patent pursuant to 35 U.S.C. § 271(a) at least by selling, and offering to sell Graphic Processors Units capable of performing occlusion culling during the computer graphics rendering process.

17. Plaintiff previously sued Sony on November 16, 2009, thereby providing good notice of patent infringement to Sony and Sony has willfully continued its patent infringement.

1

## JURY DEMAND

2  18.   Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands a jury trial as to all issues

3  in this lawsuit.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **PRAYER FOR RELIEF**

2    WHEREFORE, Plaintiff respectfully requests this Court to:

3    a.    Enter judgment for Plaintiff on this Complaint for the Defendant;

4    b.    Order that an accounting be had for the damages caused to the Plaintiff by the

5          infringing activities of the Defendant;

6    c.    Award Plaintiff additional damages due to willful patent infringement;

7    c.    Award Plaintiff interest and costs; and

8    d.    Award Plaintiff such other and further relief as this Court may deem just and

9          equitable.

10                                        THE PLAINTIFF
                                          FUZZYSHARP TECHNOLOGIES
11                                        INCORPORATED

12

13

14                                        _____
                                          Duncan M. McNeill
15                                        Attorney for the Plaintiff

16   Of Counsel
     David Fink
     7519 Apache Plume
17   Houston, TX 77071
     Tel.: 713 729-4991
18   Fax: 713 729-4951
     texascowboy6@gmail.com
19

20

21

22

23

24

25

26

27

28