David Fink (pro hac vice to be filed)
7519 Apache Plume
Houston, TX 77071
Tel.: (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (415) 752-5063
Fax: (415) 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

**CORRECTED**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendant. | Civil Action No. 4:13-CV-0447 PJH<br><br>REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER |

Plaintiff FuzzySharp Technologies Incorporated ("FST") respectfully submits this Request to Continue the Initial CMC and the dates associated with the CMC to on or about July 25, 2013.

1      The reason for this request is because of the difficulty in achieving the process of service.

2   **RELEVANT FACTS**

3      A process server was retained to serve the corporate agent for the Defendant in its home

4   state, Delaware.   According to web site of the Secretary of Delaware, the registered agent for the

5   Defendant is Corporation Service Company.  See Ex. B.  A Declaration stating that all of the web

6   pages in Ex. B, C, D, E, F, and G are valid copies appears in Ex. A.  The Defendant was duly

7   served by service on its registered agent; however, the registered agent has instructed its registered

8   agent to refuse service of process.  See Ex. C.  This is contrary to the requirements set forth on the

9   web site of the Secretary of Delaware requiring every corporation to have a registered agent to

10   accept service of process.  See Ex. D, page 3 (emphasis added).

11      The "plot thickens"!  According to the web site of the Secretary of State of California, the

12   Plaintiff has a status of "SURRENDER".  See Ex. E (emphasis added).  According to the same

13   web site, a status of "Surrender" for a foreign corporation means that the business entity has

14   surrendered its rights to transact business in the state of California.  See Ex. F.  According to a

15   business reporting web site, www.insideview.com, the Plaintiff employs 1,800 people, and has

16   $264 Million revenue.  The remarkable aspect is that the headquarters for the Plaintiff is located

17   in Foster City, CA 94404, and the Plaintiff represents that it does no business in the great state of

18   California even though it is marketing one of the most popular electronic toys in California,

19   PlayStations.  See Ex. G.

20      It appears that the Plaintiff is not exactly corporately present in Delaware or California.

21   Hence, additional time is needed to serve the Plaintiff before it disappears completely.

22

23

24

25

26

27

28

**THE REQUEST**

In view of the foregoing, it is requested that the Case Management Conference set for May 2, 2013 be continued for about two months to July 25, 2013 to complete process of service, and for the Defendant to respond to the Summons and Complaint.


THE PLAINTIFF

FUZZYSHARP TECHNOLOGIES

INCORPORATED

Date:  April 16, 2013


By:  /S/ Duncan M. McNeill
　　　Duncan M. McNeill
　　　Attorney for Plaintiff

David Fink (pro hac vice to be filed)
7519 Apache Plume
Houston, TX 77071
Tel.:  (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (415) 752-5063
Fax: (415) 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | Civil Action No. 4:13-CV-0447 PJH |
| Plaintiff, | REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | |
| Defendant. | |

## PROPOSED ORDER

The  Case Management Conference set for May 2, 2013 is hereby continued to July 25, 2013 along with the associated deadlines..

**SO ORDERED**

_____
District Judge Phyllis J. Hamilton

EX. A

1  David Fink (pro hac vice to be filed)
   7519 Apache Plume
2  Houston, TX 77071
   Tel.: (713) 729-4991
3  Fax.: (713) 729-4951
   texascowboy6@gmail.com
4

5  Duncan M. McNeill
   1514 Van Dyke Avenue
6  San Francisco, CA 94124
   Tel.: (415) 752-5063
7  Fax: (415) 752-5063
   dmcneill1@netzero.com
8  Fed. Bar No. 136416

9  Attorneys for the Plaintiff

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13
   FUZZYSHARP TECHNOLOGIES
14 INCORPORATED,                          Civil Action No. 4:13-CV-0447 PJH

15           Plaintiff,                   DECLARATION OF DAVID FINK IN
                                          SUPPORT OF
16       vs.                              REQUEST TO CONTINUE THE INITIAL
                                          CASE MANAGEMENT CONFERENCE
17
   SONY COMPUTER
18 ENTERTAINMENT AMERICA INC.,

19           Defendant.

20

21       I, David Fink, declare as follows:

22       1.      I am an active attorney admitted in New York and Connecticut, and will be

23       submitting an application to appear *pro hac vice* in this case to represent the

24       Plaintiff.

25       2.      The image shown in Ex. B is a true and correct image of a letter from Corporatin

26       Service Company.

27       2.      All of the images shown in Ex. C, D, F, and G are true and correct images from

28       the respective web sites identified in the Request.

I declare under penalty of perjury that the foregoing is true and correct t the best of my knowledge and that this declaration was executed on April 17, 2013 at Houston Texas.

Date:  April 17, 2013

/S/ David Fink
David Fink

**EX. B**

Division of Corporations - Online Services

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of
Documents

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **2688843** | Incorporation Date / Formation Date: | **11/26/1996** (mm/dd/yyyy) |
| Entity Name: | **SONY COMPUTER ENTERTAINMENT AMERICA INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE RD STE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⊙ Status ⊙ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

https://delecorp.delaware.gov/tin/controller

**EX. C**



**CSC**®

CORPORATION SERVICE COMPANY®

BHY
Transmittal Number: 10976152

# Rejection of Service of Process

**Return to Sender Information:**

David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071

| | |
|---|---|
| **Date:** | 03/22/2013 |
| **Party Served:** | Sony Computer Entertainment America Inc. |
| **Title of Action:** | Fuzzysharp Technologies Incorporated vs. Sony Computer Entertainment America Inc. |
| **Court/Agency:** | U.S. District Court Northern District, California |
| **Case/Reference No:** | C 13 0447 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Due to its inactive status, this company has terminated our services as its registered agent and instructed us not to receive legal process on its behalf.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com

**EX. D**

# Field Definitions

## FILING HISTORY NUM OF PAGES

This is the number of pages that complete the legal document filed.

## ENTITY TYPE

**A - General** - Type General refers to a legal entity with no special attributes such as non profit or religious.

**B - Bank** - Bank refers to the entity actually existing as a Bank and conducting banking business.

**C - Closed Corp** - (a) A close corporation is a corporation organized under subchapter 342 whose certificate of incorporation contains the provisions required by Section 102 of this title and, in addition, provides that:

(1) All of the corporation's issued stock of all classes, exclusive of treasury shares, shall be represented by certificates and shall be held of record by not more than a specified number of persons, not exceeding 30; and

(2) All of the issued stock of all classes shall be subject to 1 or more of the restrictions on transfer permitted by Section 202 of this title; and

(3) The corporation shall make no offering of any of its stock of any class which would constitute a "public offering" within the meaning of the United States Securities Act of 1933 ?15 U.S.C. Section 77a et seq.| as it may be amended from time to time.

(b) The certificate of incorporation of a close corporation may set forth the qualifications of stockholders, either by specifying classes of persons who shall be entitled to be holders of record of stock of any class, or by specifying classes of persons who shall not be entitled to be holders of stock of any class or both.

(c) For purposes of determining the number of holders of record of the stock of a close corporation, stock which is held in joint or common tenancy or by the entireties shall be treated as held by 1 stockholder.

**D - DISC Corp** - Domestic International Sales Corporation A domestic corporation meeting certain conditions pursuant to federal Internal Revenue Service codes. For more information please visit www.irs.gov and search DISC.

**F - Professional Association** - (1) The term "professional service" shall mean any type of personal service to the public which requires as a condition precedent to the rendering of the service the obtaining of a license or other legal authorization, and which, by reason of law, prior to June 7, 1969, could not be performed by a corporation. In addition, and by way of example without limiting the generality thereof, the personal services which come within this chapter are the personal services rendered by architects, certified or other public accountants, chiropodists, chiropractors, doctors of dentistry, doctors of medicine, optometrists, osteopaths, professional engineers, veterinarians, and, subject to the Rules of the Supreme Court, attorneys-at-law.

(2) The term "professional corporation" means a corporation which is organized, under this chapter, for the sole and specific purpose of rendering professional service, and which has as its shareholders only individuals who themselves are duly licensed or otherwise legally authorized within this State to render the same professional service as the corporation.

**G - General Partnership** - Partnership" means an association of two or more persons formed under Section 15-202 of this title, predecessor law or comparable law of another jurisdiction to carry on any business, purpose or activity.

**I - Regulated Investment Corp.** - A domestic corporation that elects to be treated as an RIC as defined by Section851 of the federal Internal Revenue Code for tax purposes. For more information please visit www.irs.gov and search RIC.

**L - LLP or LLLP** - A partnership (whether General or Limited) that has filed a statement of qualification pursuant to 6 DEL.C. § 15-1001.

**N - Non Title 8** - This refers to an entity that is not regarded as a general corporation pursuant to Title 8.

**R - Non-profit or Religious** - This description type refers to a corporation that sets forth in it's certificate of incorporation or subsequent documents that it is a non-profit corporation. The "Religious" literal does not infer that, in every case, the corporation is for Religious purposes only. The intent is to define the corporation as Non-Profit, charitable corporation which maybe formed for Religious purposes.

**S - Stock, Non-taxable** - This description is to define the corporation as a stock corporation that is not required to pay an annual franchise tax as defined in the Delaware Code. An example may be a corporation that has authorized stock but is formed for charitable purposes.

## FILING HISTORY DESCRIPTION

The type of legal document filed with the Division.

## ENTITY KIND

As defined by Delaware Code, Titles 8, 6, 12, 15, an entity may be one of the following:
Corporation
Limited Partnership
Limited Liability Company
Statutory Trust
Partnership (whether General or Limited Liability Partnership)
Unincorporated Non-Profit Association

## STATUS

All entities formed in Delaware whether active or inactive are defined with a particular status. They are defined as such:

**A – Good Standing** - The entity's existence has not been terminated either voluntarily or administratively.

**C – Cancelled** - A certificate of Cancellation has been voluntarily filed by the entity to terminate its existence. This certificate is filed when an entity has dissolved and at the completion of winding up the entity.

**D – Dissolved** - A certificate of Dissolution has been voluntarily filed by the corporation to terminate its legal existence.

**E – Expired** - A Limited Liability Partnership or Limited Liability Limited Partnership has not filed their annual report in a timely manner. A reinstatement and all Annual Reports that have not been filed, may be filed to reinstate the LLP or LLLP to good standing status. Refer to Title 6, Chapter 15 Section 1003.

**F – Forfeited** - A corporation has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**G – Resign to Appointment** - An Unincorporated Non-Profit Association filed pursuant to Title 6, Chapter 19 may appoint an agent to receive service of process. If such agent resigns from this appointment the entity would show this status.

**J – Cancelled-Voided** - A Limited Partnership, Limited Liability Company or Partnership failed to pay their annual tax for a period of 3 years from the date it is due.

**L – Consolidated** - A Certificate of Merger and Consolidation has been filed. The existence of this entity has terminated and a new entity has been created as a result of the filing.

**M – Merged** - A Certificate of Merger between 1 or more entities has been filed. This entity did not survive the merger but was merged into another entity.

**N – Converted** - A Certificate of Conversion has been filed. This entity has been converted to an entity that is in existence in another jurisdiction.

**O – AR filed, Tax delinquent** - This represents a corporation that has filed the required annual report, however there are still delinquent taxes due.

**P – Revoked** - A Limited Liability Partnership (LLP) that has not filed their Annual Report. The Statement of Qualification or Statement of Foreign Qualification of the LLP has been revoked by the Secretary of State.

**Q – AR delinquent, Tax paid** - This represents a corporation that has paid taxes in full, however the required annual report has not been filed.

**R – Forfeited-Resigned** - A Limited Partnership, Limited Liability Company or Partnership that has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**S – Surrendered** - A Certificate of Voluntary Dissolution before issuance of shares or before beginning of business has been filed with the Division of Corporations.

**T – Transfer** - A Certificate of Transfer has been filed and the result of such transfer is the cessation of its existence as an entity of the State of Delaware.

**U – AR delinquent, Tax due** -This represents a corporation that has not filed the required annual report and there are delinquent taxes due.

**V – Void** - A corporation that failed to pay it's annual franchise tax for a period of 1 year or a Foreign Corporation that has not filed their annual reports within a 2 year period.

**W – Withdrawal** - A voluntary Certificate of Withdrawal has been filed by the Corporation which is registered/qualified to do business in Delaware as a Foreign Corporation but domestic in another jurisdiction, to terminate it's authority to transact business in the State of Delaware.

**X - Ceased Good Standing** - This represents an entity that failed to pay their annual taxes timely. For example: 2002 taxes due June 1, 2003 were not received by end of day June 1, 2003.

## FILING HISTORY DOC CODE

This code is used to enter the filing on our database and indicates the type of filing.

## FILING HISTORY FILING DATE

The date the document was received in our office for filing.

## FILING HISTORY SEQ

This is a system assigned number to place the filing in the correct order on our database.

## ANNUAL TAX ASSESSMENT

Every corporation that authorizes shares of stock in their certificate of incorporation or subsequent amending documents has an annual tax assessed on those authorized shares. This field reflects the tax assessment for the current tax year.

## LAST ANNUAL REPORT FILED

Every corporation is required by law to file an annual report which is due March 1 annually. This field reflects the most current tax year that has a report on file.

## REGISTERED AGENT INFORMATION

Every corporation shall have and maintain in this State a registered agent in each case, having a business office which generally is open during normal business hours to accept service of process and otherwise perform the functions of a registered agent. Such agent may be an individual or business entity authorized to transact business in the State of Delaware. The data presented in this field denotes the agent name, address and phone number of such agent for the entity you are viewing.

## INCORPORATION DATE OR FORMATION DATE

The date when a certificate to form a new entity becomes effective with the Division of Corporations.

## RESIDENCY

Domestic means that this entity is domiciled in Delaware.

Foreign means that this entity is domiciled in another jurisdiction but registered/qualified to do business in Delaware.

## FILING HISTORY EFFECTIVE DATE

Delaware law provides for a future effective date of a document and this field indicates the effective date of the document as set forth in the contents of said document.

## FILE NUMBER

A unique identifier assigned to each entity incorporated, formed, qualified or registered with the Division of Corporations.

## FILING HISTORY FILING TIME

The time of day the document was received for filing.

## TOTAL AUTHORIZED SHARES

Any stock corporation may authorize shares of stock that may be issued at a future date. This field represents the current total number of shares authorized by the company's certificate of incorporation or subsequent amending documents.

## ENTITY NAME

The current name of an entity as set forth in their certificate of incorporation or formation; or as amended by

subsequent documents.

**EX. E**

# California Secretary of State Debra Bowen

| | | | | | | |
|---|---|---|---|---|---|---|
| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 12, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | SONY COMPUTER ENTERTAINMENT AMERICA INC. |
| **Entity Number:** | C2000428 |
| **Date Filed:** | 01/31/1997 |
| **Status:** | SURRENDER |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 919 E HILLSDALE BLVD 2ND FLOOR, LEGAL DEPARTMENT |
| **Entity City, State, Zip:** | FOSTER CITY CA 94404 |
| **Agent for Service of Process:** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| **Agent Address:** | 2710 GATEWAY OAKS DR STE 150N |
| **Agent City, State, Zip:** | SACRAMENTO CA 95833 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**  **New Search**  **Printer Friendly**  **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2013   California Secretary of State

**EX. F**

Case4:13-cv-00447-PJH    Document1    Filed04/11/13    Page20 of 25

- *Domestic entities* – Subject to any other requirements imposed by law, the domestic entity has filed its formation document in California and is authorized to carry out its business activities.

- *Foreign entities* – Subject to any other requirements imposed by law, the foreign entity has registered and is authorized to transact intrastate business in California.

- **Canceled:** *Domestic and foreign corporations* – The formation or qualification filing was canceled by the Secretary of State because the payment for the filing fee was not honored by the financial institution.

- **SOS Canceled:** *Domestic and foreign limited partnerships and limited liability companies* – The formation or registration filing was canceled by the Secretary of State because the payment for the filing fee was not honored by the financial institution.

- **Suspended** or **Forfeited:** The business entity's powers, rights and privileges were suspended or forfeited in California 1) by the Franchise Tax Board for failure to file a return and/or failure to pay taxes, penalties, or interest; and/or 2) by the Secretary of State for failure to file the required Statement of Information and, if applicable, the required Statement by Common Interest Development Association. Information regarding the type of suspension can be obtained by ordering a status report. For information on ordering a status report, refer to **Information Requests**.

- **Dissolved:** *Domestic corporations* – The business entity filed a Certificate of Dissolution, or a copy of a court order, decree or judgment declaring the business entity dissolved, and the powers, rights and privileges of the entity have ceased in California.

- **Surrender:** *Foreign corporations* – The business entity surrendered its right to transact business in the State of California.

- **Dissolved:** *Domestic limited partnerships and limited liability companies* – The business entity has voluntarily elected to wind up the business operations.

- **Pending Cancel:** *Limited liability companies* – The business entity filed a Certificate of Cancellation without a valid Tax Clearance Certificate prior to September 29, 2006, when the requirement for a Tax Clearance Certificate was eliminated from statute. Questions about the pending cancel status and/or the process required to complete the cancellation of the entity can be directed to our **Sacramento office**.

- **Canceled:**

- *Domestic limited partnerships and limited liability companies* – The business entity filed a Certificate of Cancellation and the powers, rights and privileges of the domestic entity have ceased in California.

- *Foreign limited partnerships and limited liability companies* – The business entity filed a Certificate of Cancellation and the foreign entity is no longer authorized to transact intrastate business in California.

- **Merged Out:** The business entity merged out of existence in California into another business entity. The name of the surviving entity can be obtained by ordering a copy of the filed merger document containing the name of the surviving entity, or by ordering a status report. Note: If ordering a status report, include a specific request for the name of the surviving entity. For information on ordering a copy of a filed document and/or a status report, refer to **Information Requests**.

- **Converted-Out:** The business entity converted to another type of business entity or to the same type under a different jurisdiction as provided by statute. The name of the new entity can be obtained by ordering a copy of the filed conversion document containing the name of the new entity, or by ordering a status report. Note: If ordering a status report, include a specific request for the name of the new entity. For information on ordering a copy of a filed document and/or a status report, refer to **Information Requests**.

- **Term Expired:** *Domestic corporations* – The business entity's term of existence has expired, as provided by the entity's Articles of Incorporation.

- **Inactive:** There is more than one reason for this status. The reason for an inactive status can be obtained by ordering a status report. Note: If ordering a status report, include a specific request for the reason for the inactive status. For information on ordering a status report, refer to **Information Requests**.

**New Search**

---

**Disclaimer:** This tool allows you to search the Secretary of State's California Business Search database for abstracts of information for domestic stock, domestic nonprofit and qualified foreign corporations, limited liability companies and limited partnerships that have filed with this office. This search tool groups corporations separately from limited liability companies and limited partnerships and returns all entities for the search criteria in the respective groups regardless of the current status.

Case4:13-cv-00447-PJH Document7 Filed08/47/13 Page22 of 25

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." For information on ordering copies of the official business entity records for a particular entity, please refer to **Information Requests**.

**Privacy Statement** | **Free Document Readers**

Copyright © 2013    California Secretary of State

**EX. G**



## InsideView

PRODUCTS & PRICING    WHY INSIDEVIEW    CUSTOMER SUCCESS    RESOURCES

Home   Contact Us   Company   Events   Demos   Partner   Community   Blog   Log In

Home » Business Directory » Sony Computer Entertainment America, Inc.

14k

# Sony Computer Entertainment America, Inc.

919 East Hillsdale Boulevard 2nd Floor , Foster City , CA , 94404 , United States
www.scea.com
Phone: +1 650 655 8000
**Industry:** Computer Hardware
**SIC:** Electronic Computers (3571)
**NAICS:** Electronic Computer Manufacturing (334111)

**Revenue:** $264M
**Employees:** 1,800

**Description:**
Sony Computer Entertainment America LLC develops and markets video games consoles in the United States and Canada. It offers a PlayStation and PS one game console; PlayStation 2 and PLAYSTATION 3 computer entertainment systems; and PlayStation Portable, a handheld entertainment system. The company also provides online and network services, such as PlayStation Network and PlayStation Store. In addition, it offers software game consoles and entertainment systems. The company provides its products through online stores. Sony Computer Entertainment America LLC was founded in 1994 and is based in Foster City, California. The company has additional offices in San Diego and Santa Monica, California; and Bend, Oregon. Sony Computer Entertainment America LLC operates as a subsidiary of Sony Computer Entertainment, Inc.
2013-03-23 12:10:33

### Selling Trigger Events - VIEW DETAILS

Protect Your Bubble Share Insight Into The Soon To Launch Sony Xperia Z Smart Phone: Smart phone insurer reviews the top features of Sony's new smart phone
TMC Net - 2013-03-07 02:44:00

Sony shares dive after absence of PS4 console
ConnectedAustralia - 2013-02-21 17:15:00

God of War: Ascension, The PlayStation 3 Exclusive Prequel To Critically-Acclaimed God of War Series, Delivers Pulse-Pounding Action, Visually-Stunning Graphics, Exciting New Multiplayer, And One Of Gaming's Greatest Icons - Kratos - as He's Never Been Se
ITnewslink.com - 2013-03-12 06:22:00

Sony to Start Mass Production of PlayStation 4 in Q3 2013 ? Report
X-bit Labs - 2013-02-23 12:39:00

Sony risks PS4 backlash as gamers say: where's the box?
Daily Mercury News - 2013-02-24 18:00:00

Sony Unveils DualShock 4 Gamepad, PlayStation 4 Eye Sensor.
X-bit Labs - 2013-02-21 00:46:00

Sony Computer Entertainment And Unity Technologies Form Strategic Partnership To Offer Unity For PlayStation4, PlayStation3, PlayStationVita And PlayStationMobile
Mac Animation Pro - 2013-03-21 20:25:00

The death of the press conference
University of Calgary Gauntlet - 2013-03-17 18:20:00

Games Inbox: PlayStation 4 pessimism, Wii U dream games, and RIP Kenji Eno
Metro.co.uk - 2013-02-22 09:11:00

The Vergecast hangout is live today at 12PM PT / 3PM

### Contacts - VIEW DETAILS

**Senior Vice President(s)**

Timothy Bender, Senior Vice President of Sales
Robert Dyer, Senior Vice President of Publisher Relations
Peter Dille, Senior Vice President of Marketing
Riley Russell, Senior Vice President Legal, Third Party and Developer Suppo and General Counsel
Edgar Tu, Senior Vice President, Engineering
Guy Longworth, Senior Vice President of Playstation Brand Marketing
Philip Rosenberg, Senior Vice President of Sales and Business Development

**President(s)**

Kaz Hirai, President and Chief Operating Officer Sony Computer Entertainment International and Chairman SCEA
Shuhei Yoshida, President of Worldwide Studios

**Other**

Tom Grant, National Account Manager
Edgar Ruiz, Supply Chain Manager
Randy Lopez, Information Technology Manager
Erna Ohlsson, Director
Laura Rothman, Account Executive
R?mi Arnaud, Graphics Architect
Tom Perrine, Manager of Information Technology Infrastructure
Stephanie Patterson, Senior Product Marketing Manager
Scott Murray, Software Engineer

**Director(s)**

Ginger Kraus, Senior Director of Marketing Alliances
Gisele Moncure, Director Employee Engagement &

**Sign Up Now. It's FREE.**
• Get real-time intelligence
• Increase your productivity
• Never miss an opportunity

Enter Your Email Here

Sign Up

Sign in with Facebook

Sign in with Twitter





Map data ©2013 Google

**Company Buzz on Twitter**

sonywijawija
*BeliEsBangJek* RT @Ibnu_maulanaa: *jitakpakegirtiger* RT sony: *NyiapinKlewang* RT Ibnu_maulanaa: hahaha *senggotpakecr*RT sony:
49 seconds ago · reply · retweet · favorite

JulianLanger #Music #sports #USA sony, pioneer,kenwood,jvc $60 (10240 atlantic ave south gate ca 90280) $60 dlvr.it/3F7hJG #TEAMFOLLOWBACK #NBA
41 seconds ago · reply · retweet · favorite

tross04401 The latest patents from Sony, Canon,

Join the conversation

# CERTIFICATE OF SERVICE

This is to certify that the Defendant has been served with a copy of the Request to Continue at the following addresses known for the Defendant on April 17, 2013.

Sony Computer Entertainment America, Inc.
16530 Via Esprillo
San Diego, CA 92127

Sony Computer Entertainment America, Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

/s/ David Fink
David Fink