Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (415) 752-5063
Fax: (415) 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>    Defendant. | Civil Action No. 4:13-CV-0447 PJH<br><br>**MOTION TO DISMISS DEFENDANT WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)** ; AND ORDER |

    Plaintiff FuzzySharp Technologies Incorporated ("FST") respectfully submits this Motion to Dismiss Defendant without prejudice under Fed. R. Civ. P. 41(a).

    It is respectfully pointed out that the Defendant has not responded to the Complaint.

                            THE PLAINTIFF

                            FUZZYSHARP TECHNOLOGIES

                            INCORPORATED

Date:  May 28, 2013

                            By: /S/ Duncan M. McNeill
                                Duncan M. McNeill
                                Attorney for Plaintiff

1  Duncan M. McNeill
   1514 Van Dyke Avenue
2  San Francisco, CA 94124
   Tel.: (415) 752-5063
3  Fax: (415) 752-5063
   dmcneill1@netzero.com
4  Fed. Bar No. 136416

5  Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendant. | Civil Action No. 4:13-CV-0447 PJH<br><br>**MOTION TO DISMISS DEFENDANT WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)** |

**~~PROPOSED~~ ORDER**

The Motion to Dismiss the Defendant without prejudice under Fed. R. Civ. P. 41 (a) by the Plaintiff is granted.

**SO ORDERED**

Date: 5/29/13

_____
District Judge Phyllis J. Hamilton

IT IS SO ORDERED

Motion to Dismiss under FRCP 41(a)
FuzzySharp Technologies Incorporated v. Sony Computer Entertainment America Inc.
Civil Action No. 4:13-CV-0447 PJH
Page 2

**CERTIFICATE OF SERVICE**

This is to certify that the Defendant has been served with a copy of the foregoing Motion to Dismiss has been sent by prepaid First Class Mail to the following addresses known for the Defendant on May 28, 2013

Sony Computer Entertainment America, Inc.
16530 Via Esprillo
San Diego, CA 92127

Sony Computer Entertainment America, Inc.
919 East Hillsdale Boulevard
Foster City, CA 94404

/s/ David Fink
David Fink